Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Redtail Power Equipment, LLC** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-3784862** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **11720 137th Drive NE**<br>**Lake Stevens, WA 98258**<br>Number, Street, City, State & ZIP Code | **P.O. Box 92**<br>**Snohomish, WA 98291**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Snohomish**<br>County | **Location of principal assets, if different from principal place of business**<br>**9925 99th Ave. SE Snohomish, WA 98290**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Case 24-13004-TWD    Doc 1    Filed 11/22/24    Ent. 11/22/24 20:46:53    Pg. 1 of 50

**7.** **Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_5324_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**          *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**          ☑ No.
If more than 2 cases, attach a separate list.          ☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case 24-13004-TWD   Doc 1   Filed 11/22/24   Ent. 11/22/24 20:46:53   Pg. 3 of 50

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 24-13004-TWD    Doc 1    Filed 11/22/24    Ent. 11/22/24 20:46:53    Pg. 4 of 50

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2024**
                MM / DD / YYYY

**X** **/s/ Derick Williams**                              **Derick Williams**
Signature of authorized representative of debtor           Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Thomas D. Neeleman**                    Date **November 22, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Thomas D. Neeleman 33980**
Printed name

**Neeleman Law Group, P.C.**
Firm name

**1403 8th Street**
**Marysville, WA 98270**
Number, Street, City, State & ZIP Code

Contact phone   **(425) 212-4800**       Email address   **courtmail@expresslaw.com**

**33980 WA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Redtail Power Equipment, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 22, 2024**      X **/s/ Derick Williams**
                                      Signature of individual signing on behalf of debtor

                                        **Derick Williams**
                                        Printed name

                                        **Managing Member**
                                        Position or relationship to debtor

| Debtor name | **Redtail Power Equipment, LLC** |
|---|---|
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ally**<br>**P.O. Box 380902**<br>**Minneapolis, MN 55438** | | **2022 Chevrolet Silverado 1500 Crew Cab** | | **$37,200.77** | **$28,552.50** | **$8,648.27** |
| **Cashmere Valley Bank**<br>**124 East Penny Rd, Suite 202**<br>**Wenatchee, WA 98801** | | **2022 Ford F250** | | **$37,072.17** | **$24,300.00** | **$12,772.17** |
| **Caterpillar Financial**<br>**Box 100647**<br>**2170 Medial Center Drive**<br>**Los Angeles, CA 90065** | | **2021 Caterpillar 323 CFG2B Excavator** | | **$156,328.89** | **$128,700.00** | **$27,628.89** |
| **Caterpillar Financial**<br>**Box 100647**<br>**2170 Medial Center Drive**<br>**Los Angeles, CA 90065** | | **2020 CS44B Vibratory Compactor** | | **$72,934.00** | **$47,700.00** | **$25,234.00** |
| **Caterpillar Financial**<br>**Box 100647**<br>**2170 Medial Center Drive**<br>**Los Angeles, CA 90065** | | **2019 Caterpillar 930M Wheel Loader** | | **$77,468.02** | **$65,700.00** | **$11,768.02** |
| **Caterpillar Financial**<br>**Box 100647**<br>**2170 Medial Center Drive**<br>**Los Angeles, CA 90065** | | **2021 Caterpillar 920 14A Wheel Loader** | | **$91,798.51** | **$90,900.00** | **$898.51** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Caterpillar Financial Box 100647 2170 Medial Center Drive Los Angeles, CA 90065** | | **2021 Caterpillar 305E2CR Excavator ($22,950.00) 2013 Caterpillar 320E LRR Excavator ($49,500.00)** | | $136,607.16 | $72,450.00 | $64,157.16 |
| **Caterpillar Financial Box 100647 2170 Medial Center Drive Los Angeles, CA 90065** | | **2014 Caterpillar 336EL Excavator** | | $95,644.25 | $56,700.00 | $38,944.25 |
| **Everbank P.O. Box 41046 Jacksonville, FL 32203** | | **2014 Caterpillar 966M Wheel Loader** | | $224,958.25 | $147,600.00 | $77,358.25 |
| **Ford Credit P.O. Box 35911 Cleveland, OH 44135** | | **2021 Ford F350 Super Duty** | | $25,504.50 | $22,500.00 | $3,004.50 |
| **GM Finance P.O. Box 183593 Arlington, TX 76096** | | **2022 Chevrolet 3500HD Silverado Crew Cab** | | $64,061.15 | $36,315.00 | $27,746.15 |
| **GM Finance P.O. Box 183593 Arlington, TX 76096** | | **2022 Chevrolet Silverado 2500 Crew Cab** | | $75,781.81 | $45,337.50 | $30,444.31 |
| **Komatsu Financial 8770 West Bryn Mawr Ave Suite 100 Chicago, IL 60631** | | **2023 Komatsu PC45 Excavator** | | $89,100.00 | $45,000.00 | $44,100.00 |
| **Paccar 2501 South State Highway 121 Business Suite 800 Lewisville, TX 75067** | | **2024 Kenworth T880 Dump Truck (In possession of Paccar)** | | $295,689.81 | $208,539.00 | $87,150.81 |
| **WA Department of Revenue 2101 4th Ave, Ste 1400 Seattle, WA 98121** | | **Taxes** | | | | $42,302.53 |
| **Wells Fargo Equipment Finance P.O. Box 3072 Cedar Rapids, IA 52406** | | **2011 Caterpillar D6T Crawler Dozer ($77,625.00) 2014 Caterpillar 312E Excavator ($42,300.00) 2016 Caterpillar CS56B Vibratory Compactor ($66,825.** | | $404,809.93 | $186,750.00 | $218,059.93 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wells Fargo Equipment Finance 600 South 4th Street MAC N9300-100 Minneapolis, MN 55415** | | **2022 Caterpillar 259D3 H2CB Tracked Loader ($18,000.00) 2022 Caterpillar 306 CRCB Excavator ($45,000.00) 2012 Hitachi ZX470 Excavator ($34,200.00)** | | **$248,795.11** | **$97,200.00** | **$151,595.11** |

Fill in this information to identify the case:

Debtor name **Redtail Power Equipment, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals          **12/15**

---

**Part 1:**    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
      Copy line 88 from *Schedule A/B*....................................................................................   $      0.00

    **1b. Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................   $      2,156,173.27

    **1c. Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................   $      2,156,173.27

---

**Part 2:**    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $      2,350,117.30

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $      42,302.53

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$      0.00

4.   **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b      $      2,392,419.83

**Fill in this information to identify the case:**

Debtor name    **Redtail Power Equipment, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **1st Financial NW Bank** | **Checking Account - 9174** | 5790 | $29,126.66 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**          | $29,126.66 |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. |

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ☑ Yes Fill in the information below.

11.    **Accounts receivable**

     11a. 90 days old or less:    **129,717.29**   -   **40,727.82**   = ....    **$88,989.47**
         face amount             doubtful or uncollectible accounts

| 11b. Over 90 days old: | **708,812.24** | - | **354,406.12** | =.... | **$354,406.12** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

|  |
|---|
| **$443,395.59** |

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 Chevrolet Silverado 1500 Crew Cab** | **$0.00** | | **$28,552.50** |
| 47.2. **2021 Ford F250 Super Duty** | **$0.00** | | **$27,900.00** |
| 47.3. **2022 Chevrolet 3500HD Silverado Crew Cab** | **$0.00** | | **$36,315.00** |
| 47.4. **2021 Ford F350 Super Duty** | **$0.00** | | **$22,500.00** |

| | | |
|---|---|---|
| 47.5. **2022 Chevrolet Silverado 2500 Crew Cab** | **$0.00** | **$45,337.50** |
| 47.6. **2022 Ford F250** | **$0.00** | **$24,300.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **2023 Komatsu PC45 Excavator** | **$0.00** | **$45,000.00** |
| **2021 Caterpillar 305E2CR Excavator ($22,950.00)** **2013 Caterpillar 320E LRR Excavator ($49,500.00)** | **$0.00** | **$72,450.00** |
| **2022 Caterpillar 306 CRCB Excavator** | **$0.00** | **$45,000.00** |
| **2022 Caterpillar 259D3 H2CB Tracked Loader ($18,000.00)** **2022 Caterpillar 306 CRCB Excavator ($45,000.00)** **2012 Hitachi ZX470 Excavator ($34,200.00)** | **$0.00** | **$97,200.00** |
| **2020 CS44B Vibratory Compactor** | **$0.00** | **$47,700.00** |
| **2016 Caterpillar CS56B Vibratory Compactor** | **$0.00** | **$74,250.00** |
| **2021 Caterpillar 323 CFG2B Excavator** | **$0.00** | **$128,700.00** |
| **2014 Caterpillar 336EL Excavator** | **$0.00** | **$56,700.00** |
| **2022 Kenworth T880 Dump Truck (In possession of Kenworth NW)** **2019 OSW 4-Axle Pup Trailer (In possession of Kenworth NW)** | **$0.00** | **$227,257.02** |
| **2020 Multiquip 525G TRLR70 Water Trailer** | **$0.00** | **$5,000.00** |
| **2021 Caterpillar 920 14A Wheel Loader** | **$0.00** | **$90,900.00** |
| **2019 Caterpillar 930M Wheel Loader** | **$0.00** | **$65,700.00** |
| **2014 Caterpillar 966M Wheel Loader** | **$0.00** | **$147,600.00** |

| | | |
|---|---|---|
| **2024 Kenworth T880 Dump Truck** **(In possession of Paccar)** | $0.00 | $208,539.00 |
| **2011 Caterpillar D6T Crawler Dozer** **($77,625.00)** **2014 Caterpillar 312E Excavator ($42,300.00)** **2016 Caterpillar  CS56B Vibratory Compactor** **($66,825.00)** | $0.00 | $186,750.00 |

51.   **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

$1,683,651.02

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1st Security** | **Checking Account** | **$2.00** | | **$0.00** |

56.   **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

$0.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,126.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $443,395.59 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,683,651.02 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,156,173.27 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,156,173.27 |

Case 24-13004-TWD    Doc 1    Filed 11/22/24    Ent. 11/22/24 20:46:53    Pg. 16 of 50

Debtor name **Redtail Power Equipment, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  Ally**
Creditor's Name

Describe debtor's property that is subject to a lien
**2022 Chevrolet Silverado 1500 Crew Cab**          $37,200.77          $28,552.50

**P.O. Box 380902**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/16/23**
**Last 4 digits of account number**
**1052**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Cashmere Valley Bank**
Creditor's Name

Describe debtor's property that is subject to a lien
**2022 Ford F250**          $37,072.17          $24,300.00

**124 East Penny Rd, Suite 202**
**Wenatchee, WA 98801**
Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9232**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $156,328.89 | $128,700.00 |
|---|---|---|---|---|

Creditor's Name

**Box 100647**
**2170 Medial Center Drive**
**Los Angeles, CA 90065**
Creditor's mailing address

**2021 Caterpillar 323 CFG2B Excavator**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/26/21**
**Last 4 digits of account number**
**6794**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $72,934.00 | $47,700.00 |
|---|---|---|---|---|

Creditor's Name

**Box 100647**
**2170 Medial Center Drive**
**Los Angeles, CA 90065**
Creditor's mailing address

**2020 CS44B Vibratory Compactor**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/26/21**
**Last 4 digits of account number**
**6795**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $91,798.51 | $90,900.00 |
|---|---|---|---|---|

Creditor's Name

**Box 100647**
**2170 Medial Center Drive**
**Los Angeles, CA 90065**
Creditor's mailing address

**2021 Caterpillar 920 14A Wheel Loader**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No

---

Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**10/26/21**
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**6797**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.6 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $77,468.02 | $65,700.00 |

Creditor's Name                             **2019 Caterpillar 930M Wheel Loader**
**Box 100647**
**2170 Medial Center Drive**
**Los Angeles, CA 90065**
Creditor's mailing address                  **Describe the lien**

                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**2/1/22**
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7558**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.7 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $95,644.25 | $56,700.00 |

Creditor's Name                             **2014 Caterpillar 336EL Excavator**
**Box 100647**
**2170 Medial Center Drive**
**Los Angeles, CA 90065**
Creditor's mailing address                  **Describe the lien**

                                            **Is the creditor an insider or related party?**
                                            ■ No
Creditor's email address, if known          ☐ Yes
                                            **Is anyone else liable on this claim?**

**Date debt was incurred**                  ■ No
**3/23/22**
**Last 4 digits of account number**         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**7501**
**Do multiple creditors have an**           **As of the petition filing date, the claim is:**
**interest in the same property?**          Check all that apply
■ No                                        ☐ Contingent
☐ Yes. Specify each creditor,               ☐ Unliquidated
including this creditor and its relative     ☐ Disputed
priority.

---

| 2.8 | **Caterpillar Financial** | Describe debtor's property that is subject to a lien | $136,607.16 | $72,450.00 |

| | |
|---|---|
| Creditor's Name | **2021 Caterpillar 305E2CR Excavator ($22,950.00)** |
| **Box 100647** | **2013 Caterpillar 320E LRR Excavator ($49,500.00)** |
| **2170 Medial Center Drive** | |
| **Los Angeles, CA 90065** | |
| Creditor's mailing address | Describe the lien |

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/8/22**

**Last 4 digits of account number**
**6473**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Everbank** | Describe debtor's property that is subject to a lien | $224,958.25 | $147,600.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 Caterpillar 966M Wheel Loader** | | |

**P.O. Box 41046**
**Jacksonville, FL 32203**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/17/23**

**Last 4 digits of account number**
**5186**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Ford Credit** | Describe debtor's property that is subject to a lien | $24,550.64 | $27,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **2021 Ford F250 Super Duty** | | |

**P.O. Box 35911**
**Cleveland, OH 44135**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/7/21**

**Last 4 digits of account number**
**2885**

---

| Debtor | **Redtail Power Equipment, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.1 1**

**Ford Credit**
Creditor's Name

**P.O. Box 35911**
**Cleveland, OH 44135**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/7/21**

**Last 4 digits of account number**
**3095**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford F350 Super Duty**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$25,504.50        $22,500.00

---

**2.1 2**

**GM Finance**
Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/4/22**

**Last 4 digits of account number**
**4385**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 Chevrolet 3500HD Silverado Crew Cab**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$64,061.15        $36,315.00

---

**2.1 3**

**GM Finance**
Creditor's Name

**P.O. Box 183593**
**Arlington, TX 76096**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Chevrolet Silverado 2500 Crew Cab**

**Describe the lien**

$75,781.81        $45,337.50

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 8

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
�■ No
☐ Yes

**Is anyone else liable on this claim?**
�■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/17/23**

**Last 4 digits of account number**
**5601**

**Do multiple creditors have an interest in the same property?**
�■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Komatsu Financial** | Describe debtor's property that is subject to a lien | $89,100.00 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name
**8770 West Bryn Mawr Ave Suite 100 Chicago, IL 60631**
Creditor's mailing address

**2023 Komatsu PC45 Excavator**

**Describe the lien**

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
�■ No
☐ Yes

**Is anyone else liable on this claim?**
�■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/10/23**

**Last 4 digits of account number**
**7000**

**Do multiple creditors have an interest in the same property?**
�■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Paccar** | Describe debtor's property that is subject to a lien | $191,812.33 | $227,257.02 |
|---|---|---|---|---|

Creditor's Name
**2501 South State Highway 121 Business Suite 800 Lewisville, TX 75067**
Creditor's mailing address

**2022 Kenworth T880 Dump Truck (In possession of Kenworth NW)**
**2019 OSW 4-Axle Pup Trailer (In possession of Kenworth NW)**

**Describe the lien**

Creditor's email address, if known _____

**Is the creditor an insider or related party?**
�■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
�■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**6/8/21**

**Last 4 digits of account number**
**6978**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Redtail Power Equipment, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 6** | **Paccar** | **Describe debtor's property that is subject to a lien** | $295,689.81 | $208,539.00 |
|---|---|---|---|---|

Creditor's Name

**2501 South State Highway 121**
**Business Suite 800**
**Lewisville, TX 75067**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/11/23**

**Last 4 digits of account number**
**8161**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2024 Kenworth T880 Dump Truck**
**(In possession of Paccar)**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 7** | **Wells Fargo Equipment Finance** | **Describe debtor's property that is subject to a lien** | $248,795.11 | $97,200.00 |
|---|---|---|---|---|

Creditor's Name

**600 South 4th Street**
**MAC N9300-100**
**Minneapolis, MN 55415**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2/2/23**

**Last 4 digits of account number**
**1000**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2022 Caterpillar 259D3 H2CB Tracked Loader ($18,000.00)**
**2022 Caterpillar 306 CRCB Excavator ($45,000.00)**
**2012 Hitachi ZX470 Excavator ($34,200.00)**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.1 8** | **Wells Fargo Equipment Finance** | **Describe debtor's property that is subject to a lien** | $404,809.93 | $186,750.00 |
|---|---|---|---|---|

Debtor **Redtail Power Equipment, LLC**

Name

Case number (if known)

Creditor's Name

**2011 Caterpillar D6T Crawler Dozer
($77,625.00)
2014 Caterpillar 312E Excavator ($42,300.00)
2016 Caterpillar  CS56B Vibratory Compactor
($66,825.00)**

**P.O. Box 3072
Cedar Rapids, IA 52406**

Creditor's mailing address

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**04/13/23**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1001**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $2,350,117.3 |
| 0 |

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Everbank Commercial Finance<br>10 Waterview Blvd<br>2nd Floor<br>Parsippany, NJ 07054** | Line __2.9__ | |

Debtor name **Redtail Power Equipment, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:      List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Attorney General for WA State<br>Bankruptcy & Collections Unit<br>800 Fifth Ave, 20th Floor<br>Seattle, WA 98104** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address<br>**IRS<br>Centralized Insolvency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Redtail Power Equipment, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**2.3** | Priority creditor's name and mailing address

**United States Attorneys Office**
**Attn: Bankruptcy Assistant**
**700 Stewart Street, Room 5220**
**Seattle, WA 98101**

As of the petition filing date, the claim is:  **$0.00**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address

**WA Department of Revenue**
**2101 4th Ave, Ste 1400**
**Seattle, WA 98121**

As of the petition filing date, the claim is:  **$42,302.53**  **$42,302.53**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/23-7/24**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address

**WA Dept of L & I**
**PO Box 44000**
**Olympia, WA 98504-4000**

As of the petition filing date, the claim is:  **$0.00**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address

**WA Employment Security Dept**
**PO Box 34949**
**Seattle, WA 98124-1949**

As of the petition filing date, the claim is:  **$0.00**  **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| Debtor | **Redtail Power Equipment, LLC** | Case number _(if known)_ | _____ |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** _Check all that apply._ |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Basis for the claim:** _____

Is the claim subject to offset?  ☐ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 42,302.53 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 42,302.53 |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2012 Hitachi ZX 470 Hydraulic Excavator** |
| State the term remaining | **27 Months** |
| List the contract number of any government contract | **Redtail Inland, LLC 8812 36th St SE, Ste 101 Snohomish, WA 98290** |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2011 Caterpillar D6T Crawler Dozer** |
| State the term remaining | **41 Months** |
| List the contract number of any government contract | **Redtail, LLC 8812 36th St. SE, Suite 101 Snohomish, WA 98290** |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2022 Chevy Silverado 3500 Flatbed** |
| State the term remaining | **36 Months** |
| List the contract number of any government contract | **Redtail, LLC 8812 36th St. SE, Suite 101 Snohomish, WA 98290** |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2023 Chevy Silverado 1500** |
| State the term remaining | **40 Months** |
| List the contract number of any government contract | **Redtail, LLC 8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>  State the term remaining<br><br>  List the contract number of any government contract | **Equipment Rental - 2014 Caterpillar 312E Hydraulic Excavator**<br><br>**41 Months**<br>_____<br><br>    **Redtail, LLC**<br>    **8812 36th St. SE, Suite 101**<br>    **Snohomish, WA 98290** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>  State the term remaining<br><br>  List the contract number of any government contract | **Equipment Rental - 2013 Caterpillar 320E Excavator**<br><br>**20 Months**<br>_____<br><br>    **Redtail, LLC**<br>    **8812 36th St. SE, Suite 101**<br>    **Snohomish, WA 98290** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>  State the term remaining<br><br>  List the contract number of any government contract | **Equipment Rental - 2022 Ford F250 Truck**<br><br>**32 Months**<br>_____<br><br>    **Redtail, LLC**<br>    **8812 36th St. SE, Suite 101**<br>    **Snohomish, WA 98290** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>  State the term remaining<br><br>  List the contract number of any government contract | **Equipment Rental - 2022 Kenworth T880 Dump Truck, 2019 OSW Pup Trailer**<br>**19 Months**<br>_____<br><br>    **Redtail, LLC**<br>    **8812 36th St. SE, Suite 101**<br>    **Snohomish, WA 98290** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>  State the term remaining<br><br>  List the contract number of any government contract | **Equipment Rental - 2024 Kenworth T880 Dump Truck**<br><br>**71 Months**<br>_____<br><br>    **Redtail, LLC**<br>    **8812 36th St. SE, Suite 101**<br>    **Snohomish, WA 98290** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2023 Komatsu PC45MR-5** | |
|---|---|---|---|
| | State the term remaining | **37 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2016 Caterpillar CS5656B Compactor** | |
|---|---|---|---|
| | State the term remaining | **30 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2014 Caterpillar 966M Wheel Loader** | |
|---|---|---|---|
| | State the term remaining | **31 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2021 Caterpillar 323-07 Hydraulic Excavator** | |
|---|---|---|---|
| | State the term remaining | **24 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2020 Caterpillar CS44B Vibratory Compactor** | |
|---|---|---|---|
| | State the term remaining | **24 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2021 Caterpillar 920-14 Wheel Loader** | |
|---|---|---|---|
| | State the term remaining | **24 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2021 Ford F-250 Super Duty** | |
|---|---|---|---|
| | State the term remaining | **19 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2021 Ford F350 Super Duty** | |
|---|---|---|---|
| | State the term remaining | **19 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2020 Multiquip WT5C Water Trailer** | |
|---|---|---|---|
| | State the term remaining | **28 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Rental - 2019 Caterpillar 930M Wheel Loader** | |
|---|---|---|---|
| | State the term remaining | **27 Months** | **Redtail, LLC** |
| | List the contract number of any government contract | | **8812 36th St. SE, Suite 101 Snohomish, WA 98290** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Rental - 2014 Caterpillar 336EL Hydraulic Escavator**

    State the term remaining — **28 Months**

    List the contract number of any government contract

**Redtail, LLC**
**8812 36th St. SE, Suite 101**
**Snohomish, WA 98290**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Rental - 2022 Caterpillar 2559 D3 Skidsteer**

    State the term remaining — **39 Months**

    List the contract number of any government contract

**Redtail, LLC**
**8812 36th St. SE, Suite 101**
**Snohomish, WA 98290**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment Rental - 2022 Caterpillar 306 CRCB Excavator**

    State the term remaining — **39 Months**

    List the contract number of any government contract

**Redtail, LLC**
**8812 36th St. SE, Suite 101**
**Snohomish, WA 98290**

Debtor name **Redtail Power Equipment, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Brian Gose** | **25220 149th Place SE Monroe, WA 98272** | **Wells Fargo Equipment Finance** | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Brian Gose** | **25220 149th Place SE Monroe, WA 98272** | **Wells Fargo Equipment Finance** | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Derick Williams** | **11720 137th Drive NE Lake Stevens, WA 98258** | **Paccar** | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Derick Williams** | **11720 137th Drive NE Lake Stevens, WA 98258** | **Wells Fargo Equipment Finance** | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Derick Williams** | **11720 137th Drive NE Lake Stevens, WA 98258** | **Wells Fargo Equipment Finance** | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Redtail Power Equipment, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Nathanial Williams | 3014 Creswell Road Snohomish, WA 98290 | Ford Credit | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.7 | Nathanial Williams | 3014 Creswell Road Snohomish, WA 98290 | Ford Credit | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Nathanial Williams | 3014 Creswell Road Snohomish, WA 98290 | Paccar | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |
| 2.9 | Nathanial Williams | 3014 Creswell Road Snohomish, WA 98290 | Wells Fargo Equipment Finance | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |
| 2.10 | Nathanial Williams | 3014 Creswell Road Snohomish, WA 98290 | Wells Fargo Equipment Finance | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Oliver Lewis | 2114 Hoyt Ave. Everett, WA 98201 | Paccar | ■ D __2.15__ ☐ E/F _____ ☐ G _____ |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$613,160.00** |
   | **For prior year:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$695,445.81** |
   | **For year before that:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$349,794.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Case 24-13004-TWD     Doc 1     Filed 11/22/24     Ent. 11/22/24 20:46:53     Pg. 35 of 50

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Paccar** **2501 South State Highway 121** **Business Suite 800** **Lewisville, TX 75067** | 7/11/24, 8/21/24 | $22,450.26 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Derek Williams** **11720 137th Drive NE** **Lake Stevens, WA 98258** **Member** | 10/01/24 | $8,000.00 | **Management Draw** |
| 4.2. **Nathanial Williams** **3014 Creswell Road** **Snohomish, WA 98290** **Member** | 10/01/24 | $8,000.00 | **Management Draw** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Caterpillar Financial** **Box 100647** **2170 Medial Center Drive** **Los Angeles, CA 90065** | **305E2CR Excavator** | **7/22/24** | **$67,900.00** |
| **Caterpillar Financial** **Box 100647** **2170 Medial Center Drive** **Los Angeles, CA 90065** | **920-14 Wheel Loader** | **7/22/24** | **$169,000.00** |
| **Caterpillar Financial** **Box 100647** **2170 Medial Center Drive** **Los Angeles, CA 90065** | **930M Wheel Loader** | **7/22/24** | **$129,000.00** |
| **Paccar** **2501 South State Highway 121** **Business Suite 800** **Lewisville, TX 75067** | **2024 Kenworth T880 Dump Truck** | **11/24** | **$231,710.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Neeleman Law Group, P.C. 1403 8th Street Marysville, WA 98270** | **Attorney Fees (Pre-petition): $6,000.00 Filing Fee: $1,738.00 Held in trust for post-petition attorney fees: $9,000.00** | **10/04/24** | **$16,738.00** |

| Email or website address |
|---|
| **courtmail@expresslaw.com** |

| Who made the payment, if not debtor? |
|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **8812 36th St. SE Snohomish, WA 98290** | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Nathanial Williams** | **3014 Creswell Road Snohomish, WA 98290** | **Managing Member** | **45** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Derick Williams** | **11720 137th Drive NE Lake Stevens, WA 98258** | **Managing Member** | **45** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Brian Gose** | | **Member** | **10%** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Derick Williams 11720 137th Drive NE Lake Stevens, WA 98258** | **$8,000.00** | **October 1, 2024** | **Management Draw** |
| | **Relationship to debtor Member** | | | |
| 30.2. | **Nathanial Williams 3014 Creswell Road Snohomish, WA 98290** | **$8,000.00** | **October 1, 2024** | **Managment Draw** |
| | **Relationship to debtor Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __November 22, 2024__

__/s/ Derick Williams__            __Derick Williams__
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    __Managing Member__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re   **Redtail Power Equipment, LLC** _____   Case No. _____

_____   Chapter   **11** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................   $   **To Be Determined**

    Prior to the filing of this statement I have received ............   $   **6,000.00**

    Balance Due ............................................................   $   **To Be Determined**

2.  $ **1,738.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor   ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor   ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

    Negotiations with secured creditors to ascertain the market value of personal property held as security; negotiations with unsecured creditors regarding claim amount and liquidation value of property; preparation of Chapter 11 schedules   and statements; preparation and presentment of of Chapter 11 Plan; general consultation with the debtor regarding the   case; defense of relief from stay actions.

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    Representation of principals of the debtor in an individual capacity.  State  court litigation.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

11/22/24 _____   /s/ Thomas Neeleman
_Date_   **Thomas D. Neeleman 33980**
    _Signature of Attorney_
    **Neeleman Law Group, P.C.**
    **1403 8th Street**
    **Marysville, WA 98270**
    **(425) 212-4800  Fax: (425) 212-4802**
    **courtmail@expresslaw.com**
    _Name of law firm_

# United States Bankruptcy Court
## Western District of Washington

In re **Redtail Power Equipment, LLC** _____ Case No. _____

Debtor(s)

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Derick Williams**<br>**11720 137th Drive NE**<br>**Lake Stevens, WA 98258** | | **45%** | **Membership** |
| **Nathanial Williams**<br>**3014 Creswell Road**<br>**Snohomish, WA 98290** | | **45%** | **Membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November 22, 2024** _____

Signature **/s/ Derick Williams** _____

**Derick Williams**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

ALLY
P.O. BOX 380902
MINNEAPOLIS, MN 55438


ATTORNEY GENERAL FOR WA STATE
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE, 20TH FLOOR
SEATTLE, WA 98104


BRIAN GOSE
25220 149TH PLACE SE
MONROE, WA 98272


CASHMERE VALLEY BANK
124 EAST PENNY RD, SUITE 202
WENATCHEE, WA 98801


CATERPILLAR FINANCIAL
BOX 100647
2170 MEDIAL CENTER DRIVE
LOS ANGELES, CA 90065


DERICK WILLIAMS
11720 137TH DRIVE NE
LAKE STEVENS, WA 98258


EVERBANK
P.O. BOX 41046
JACKSONVILLE, FL 32203


EVERBANK COMMERCIAL FINANCE
10 WATERVIEW BLVD
2ND FLOOR
PARSIPPANY, NJ 07054


FORD CREDIT
P.O. BOX 35911
CLEVELAND, OH 44135


GM FINANCE
P.O. BOX 183593
ARLINGTON, TX 76096

```
IRS
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KOMATSU FINANCIAL
8770 WEST BRYN MAWR AVE
SUITE 100
CHICAGO, IL 60631


NATHANIAL WILLIAMS
3014 CRESWELL ROAD
SNOHOMISH, WA 98290


OLIVER LEWIS
2114 HOYT AVE.
EVERETT, WA 98201


PACCAR
2501 SOUTH STATE HIGHWAY 121
BUSINESS SUITE 800
LEWISVILLE, TX 75067


REDTAIL INLAND, LLC
8812 36TH ST SE, STE 101
SNOHOMISH, WA 98290


REDTAIL, LLC
8812 36TH ST. SE, SUITE 101
SNOHOMISH, WA 98290


UNITED STATES ATTORNEYS OFFICE
ATTN: BANKRUPTCY ASSISTANT
700 STEWART STREET, ROOM 5220
SEATTLE, WA 98101


WA DEPARTMENT OF REVENUE
2101 4TH AVE, STE 1400
SEATTLE, WA 98121


WA DEPT OF L & I
PO BOX 44000
OLYMPIA, WA 98504-4000
```

```
WA EMPLOYMENT SECURITY DEPT
PO BOX 34949
SEATTLE, WA 98124-1949


WELLS FARGO EQUIPMENT FINANCE
600 SOUTH 4TH STREET
MAC N9300-100
MINNEAPOLIS, MN 55415


WELLS FARGO EQUIPMENT FINANCE
P.O. BOX 3072
CEDAR RAPIDS, IA 52406
```

# United States Bankruptcy Court
## Western District of Washington

In re **Redtail Power Equipment, LLC** _____ Case No. _____

Debtor(s)                                    Chapter **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **November 22, 2024** _____  **/s/ Derick Williams** _____

**Derick Williams**/**Managing Member**
Signer/Title

# United States Bankruptcy Court
## Western District of Washington

In re    **Redtail Power Equipment, LLC**      Case No. _____
                                  Debtor(s)          Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Redtail Power Equipment, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 22, 2024**                  **/s/ Thomas D. Neeleman**
Date                                  **Thomas D. Neeleman 33980**
                                       Signature of Attorney or Litigant
                                       Counsel for    **Redtail Power Equipment, LLC**
                                       **Neeleman Law Group, P.C.**
                                       **1403 8th Street**
                                       **Marysville, WA 98270**
                                       **(425) 212-4800 Fax:(425) 212-4802**
                                       **courtmail@expresslaw.com**